**UNITED STATES DISTRICT COURT**
**for the District of New Jersey [LIVE]**
**Newark, NJ**

ANDREW GLASER

                    Plaintiff,

v.　　　　　　　　　　　　　　　　Case No.:
　　　　　　　　　　　　　　　　　　2:19−cv−13020−WHW−CLW

　　　　　　　　　　　　　　　　　　Judge William H. Walls

RICKENBACKER MARINA, INC., et al.

                    Defendant.

**Dear Edwyn D. Macelus, Esq.:**

    Please be advised, our records show that you are not a member of the Federal Bar of New Jersey. Therefore, you are responsible for having a member of the Bar of this Court file an appearance in accordance with Local Civil Rule 101.1 on behalf of your client.

                                      Very truly yours,

                                      William T. Walsh, Clerk
                                      By Deputy Clerk, sms